Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

EDUARDO FERRER GUIYAB,

    Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

) Case No. EDCV 12-986-OP
)
)
) JUDGMENT
)
)
)
)
)
)

Pursuant to the Memorandum Opinion; Order of the United States Magistrate Judge,

  IT IS ADJUDGED that Judgment be entered affirming the decision of the Commissioner of Social Security and dismissing this action with prejudice.


DATED: January ___, 2013

          HONORABLE OSWALD PARADA
          United States Magistrate Judge